------o------

### DANIEL AHEARN v. FREDERICK S. AYRES ET AL.

*Contract—Acceptance—Terms.*

An inquiry by one party as to how much the other's firm were paying for stave bolts, and the answer that they would take all he could make and deliver at two dollars a cord, would not constitute a contract without a farther agreement to accept or act on their order, or deliver a stated quantity.

Error to Huron. Submitted April 11. Decided April 16.

ASSUMPSIT. Plaintiff brings error.

*Engle & Bacon* for plaintiff in error.

*Atkinson & Atkinson* and *James H. Hall* for defendant in error.

PER CURIAM. Ahearn sued defendants for not accepting certain stave bolts. It appears that he asked one of the firm what they were paying for bolts, and was answered they would take all he could make and deliver at $2 per cord. He afterwards made a lot of bolts,

which he proposed to furnish, but they denied any bargain.

There was no contract made out. Ahearn did not inform defendants that he would accept or act on their order or deliver any bolts, or if any, how many. The transaction went no further than what occurs when any one asks another what he will either give or take for commodities. Such inquiries may lead to bargains, but do not make them.

The judgment for defendants is affirmed with costs.